**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Edward Neil Anderson, Dorothy Mae Anderson, Michelle Stapelton, | |
| Plaintiffs, | Civil No. 08-393 (RHK/RLE) |
| vs. | **DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |
| NCO Group, Inc., d/b/a NCO Financial Systems, Inc., Lynn Barringer, individually, | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 11, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge